IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **14-cr-46-JLK**

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.

**EDUARDO FERNANDO LINARES,**

       Defendant.

## ORDER OF RECUSAL

Kane, J.

In light of recent information which leads me to believe that I have a potential conflict involving this defendant, I request that this case be returned to the Clerk of the Court for re-assignment by random draw.

Dated this 9th day of April, 2014.

       BY THE COURT:

       *s/John L. Kane*
       John L. Kane, Senior Judge
       United States District Court